1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD PETERSON,                       No.  2:17-cv-01693-GGH

12              Petitioner,

13   v.                                       ORDER

14   JOE LIZARRAGA, Warden of MCSP,

15              Respondent.

16

17        Petitioner, proceeding in this action in pro se, has requested leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. section 1915.  An examination of plaintiff's affidavit demonstrates

19   that he is unable to finance the costs associated with this case and the court will, therefor GRANT

20   his motion for in forma pauperis status.

21        As a result of the foregoing, IT IS HEREBY ORDERED that:  Petitioner's Motion to

22   proceed in forma pauperis is GRANTED.

23        **IT IS SO ORDERED**.

24   Dated: October 31, 2017

25                                   /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

26

27

28

                                         1