1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD PETERSON,                    No.  2:17-cv-1693 GGH P

12                 Petitioner,

13        v.                              ORDER

14   JOE LIZARRAGA, Warden of MCSP,

15                 Respondent.

16

17        Petitioner has requested the appointment of counsel.  There currently exists no absolute

18   right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

19   (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

20   of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

21   In the present case, the court does not find that the interests of justice would be served by the

22   appointment of counsel at the present time.

23        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of

24   counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

25        **IT IS SO ORDERED**

26   DATED: November 15, 2017

27                                  /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE
28