UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY PETERSON,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA, Warden of MCSP,<br><br>Respondent. | No. 1:17-cv-01537-LJO-SKO (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PETITIONER'S MOTIONS FOR SANCTIONS, MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR EMERGENCY ACTION**<br><br>**(Docs. 43, 44, 52, 53, 64, 68, 71)** |

Petitioner Richard Anthony Peterson is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On July 30, 2018, the Magistrate Judge filed findings and recommendations in which she recommended that the Court deny Petitioner's motions for sanctions, motion for summary judgment, and request for emergency action. The findings and recommendations, which were served on Petitioner, provided that objections could be served within thirty days.

On August 22, 2018, Petitioner filed objections. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Petitioner's

1

objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court hereby ORDERS that the findings and recommendations filed July 30, 2018, be adopted in full and Petitioner's motions for sanctions, motion for summary judgment, and request for emergency action, (Docs. 43, 44, 52, 53, 64, 68, 71), be DENIED.

IT IS SO ORDERED.

Dated: **September 22, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE