UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY PETERSON,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA, Warden of MCSP,<br><br>Respondent. | No. 1:17-cv-01537-LJO-SKO (HC)<br><br>**ORDER DISCHARGING Respondent from filing status reports**<br><br>**(Doc. 56)** |

On May 8, 2018, the Court ordered Respondent to file status reports regarding the location of a transcript from Petitioner's 2012 trial. As ordered, Respondent filed status reports on May 21, 2018, and August 24, 2018 (Docs. 59, 74).

Respondent notified the Court that he has "either provided or located all of the records Petitioner was seeking." (Doc. 59 at 3.) Therefore, the Court will DISCHARGE Respondent from filing any further status reports.

IT IS SO ORDERED.

Dated: __September 24, 2018__          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

1